MEMORANDUM OPINION


No. 04-04-00512-CV


Sandra MORENO,

Appellant


v.


Jenifer ALEXANDER and Gerald Neil,

Appellees


From the County Court, Bandera County, Texas

Trial Court No. 968-03

Honorable Richard A. Evans, Judge Presiding

PER CURIAM

 

Sitting: Alma L. López, Chief Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice



Delivered and Filed: November 10, 2004


DISMISSED FOR WANT OF PROSECUTION


 The clerk's record was due on August 16, 2004. On September 8, 2004, this court ordered
appellant to provide written proof to this court that either (1) the clerk's fee has been paid or
arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without
paying the clerk's fee. Our order stated that if appellant failed to respond within the time provided,
this appeal would be dismissed for want of prosecution. See Tex. R. App. P. 37.3(b). Appellant did
not respond to our order. On October 11, 2004, this court ordered appellant to show cause no later
than October 18, 2004 why this appeal should not be dismissed for want of prosecution. See Tex.
R. App. P. 38.8(a). Appellant did not respond. The appeal is dismissed for want of prosecution. See
Tex. R. App. P. 38.8(a)(1), 42.3(b).Costs of appeal are taxed against appellant.
PER CURIAM